JOSEPH KAPLAN et al., as Executors and Trustees under the Will of ELIES KAPLAN, Deceased, Landlords, Appellants, *v.* ARTHUR SESSLER, Tenant, Respondent.

JOSEPH KAPLAN et al., as Executors and Trustees under the Will of ELIES KAPLAN, Deceased, Landlords, Appellants, *v.* LUCILLE LADIMER, Tenant, Respondent.

Supreme Court, Appellate Term, Second Department, March 9, 1950.

*Max J. Pershan* for appellants.

*Arthur Sessler,* respondent in person.

*Lucille Ladimer,* respondent in person.

*Per Curiam.* The maintenance of a television aerial or wire running from a window of respondents' apartments to the roof of the premises was, under the circumstances disclosed, an intrusion or squatting upon the landlords' property within the purview of section 1411 of the Civil Practice Act (*Goldstein* v. *Alweiss,* 196 Misc. 513, and reports therein cited; see, also, *Joan Building Corp.* v. *Gould,* 276 App. Div. 765).

The final orders should be unanimously reversed upon the law, with $30 costs to landlords, and final orders directed for landlords as prayed for in the petitions.

STEINBRINK, RUBENSTEIN and COLDEN, JJ., concur.

Final orders reversed, etc.